UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC SHIP REPAIR & FABRICATION INC,<br><br>Defendant. | CASE NO. C24-1515-KKE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. Plaintiffs filed this Employee Retirement Income Security Act ("ERISA") case on September 4, 2024 (Dkt. No. 1) and the Clerk entered Defendant in default on November 19, 2024 (Dkt. No. 8). No action has been taken in the case since that time. Accordingly, the Court ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs must respond to this order by May 16, 2025 or else the Court will dismiss the case without prejudice.

Dated this 21st day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1